**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter    11

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Lonero Engineering Co., Inc. | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Laser Tag | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-0875514 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 2050 Stephenson Hwy. Troy, MI 48083 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Oakland | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | www.lonero.com | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   4239

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  3, 2025
               MM / DD / YYYY

**X** /s/ Vince Lonero                                    Vince Lonero
Signature of authorized representative of debtor          Printed name

Title    President

**18. Signature of attorney**

**X** /s/ John J. Stockdale, Jr.                          Date  January  3, 2025
Signature of attorney for debtor                                MM / DD / YYYY

John J. Stockdale, Jr. P71561
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone  (248) 540-3340      Email address   jstockdale@schaferandweiner.com

P71561 MI
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Lonero Engineering Co., Inc.               Case No. _____

                               Debtor(s)      Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Sgalia<br>30410 Fox Club<br>Farmington, MI 48331 | Common | 7.41% | Stock |
| Pam Cudney<br>3504 W. Webster Road<br>Royal Oak, MI 48073 | Common | 7.41% | Stock |
| Vince Lonero<br>2892 Tiburon Boulevard E<br>Naples, FL 34109 | Common | 85.19% | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    January 3, 2025                  Signature   /s/ Vince Lonero
                                                  Vince Lonero

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re    Lonero Engineering Co., Inc.                                    Case No.
                                                    Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    January 3, 2025                              /s/ Vince Lonero
                                                     Vince Lonero/President
                                                     Signer/Title

123 NET
24700 Northwestern Hwy., Ste. 700
Southfield, MI 48075

A&S Brazing Co.
21942 Dequindre
Warren, MI 48091

AAA Grinding
32714 Townley
Madison Heights, MI 48071

ABC Boring
30600 Ryan Road
Warren, MI 48092

Abrasive Brokers
P.O. Box 820
Troy, MI 48099

Acromatic Deep Hole Drill
1830 Woodslee
Troy, MI 48083

ADP, LLC
1851 N Resler Drive MS-600
El Paso, TX 79912

ADT Security Services, Inc.
P.O. Box 371878
Pittsburgh, PA 15250-7878

Advance Precision Grinding Co.
29739 Groesbeck
Roseville, MI 48066

Advanced Disposal Services/Solid Waste M
10599 W. 5 Mile Road
Northville, MI 48168

AHB Tooling & Machinery, Inc.
1663 Champagne Drive North
Saginaw, MI 48604

Air Center, Inc.
1201 E. Whitcomb Ave.
Madison Heights, MI 48071

Aladdin Heat & Cooling
26969 Ryan Road
Warren, MI 48091

Alliance Health and Life
Dept. 270301, PO Box 67000
Detroit, MI 48267-2703

ALMOND PRODUCTS
17150 148TH AVE
SPRING LAKE, MI 49456

Alro Steel Corporation
34401 Schoolcraft
Livonia, MI 48150

AMERICAN GEAR & ENGINEERING INC.
38200 ABRUZZI DRIVE
Westland, MI 48185

Ampco Metal Inc.
1221 Grandview Pkwy., Ste. 100
Sturtevant, WI 43177

Anchor Wiping Cloth
P.O. Box 34757
Detroit, MI 48234

ANDERSON BRAZING COMPANY
1544 EAST 11 MILE RD.
Madison Heights, MI 48071

APEX COATING
2329 JOHNSON MILL RD
North Branch, MI 48461

Applied Thermal Technologies
2169 N. 100 E
Warsaw, IN 46582

Aramark Refreshment Services
PO Box 21971
New York, NY 10087-1971


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Attorney General of United States
901 E. Street Bldg.
Washington, DC 20530


Authority Flame Hardening
49803 Leona Dr.
Chesterfield, MI 48051


BEARING SERVICES
2219 E. NINE MILE RD
Warren, MI 48091


BEEMER PRECISION INC
230 NEW YORK DRIVE
Forth Washington, PA 19034


Bohler Uddeholm N.A.
2505 Millennium Dr.
Eligin, IL 60124


Bridge Business Credit
f/k/a Great Lakes Business Credit LLC
1700 West Big Beaver Road, Ste. 235
Troy, MI 48084


C. Mitchell's Granit Plate Resurfacing I
39294 Avondale Street
Westland, MI 48186


Cadillac Plating Corp.
23849 Groesbeck Hwy.
Warren, MI 48089


CARL ZEIS INDUSTRIAL QUALITY SOLUTIONS,
6250 SYCAMORE LANE NORTH
Maple Grove, MN 55369

Carl Zeiss Ind. Metrology,LLC.
6250 Sycamore Lane North
Maple Grove, MN 55369


Carter Manufacturing Company Inc.
1725 Airpark Drive
Grand Haven, MI 49417


CCP Industries
P.O. Box 734569
Chicago, IL 60673


Cenko Vendittelli & Haynes PLC
5700 Crooks Road, Suite 207
Troy, MI 48098


Central Slotter, Inc.
2381 E. 9 Mile Rd.
Warren, MI 48091


CertaSite
P.O. Box 772443
Detroit, MI 48227-2443


Chick Workholding Solutions, Inc.
500 Keystone Dr.
Warrendale, PA 15086


Cintas Corp
P.O. Box 631025
Cincinnati, OH 45263-1025


City of Troy
500 W. Big Beaver
Troy, MI 48084


City of Troy - Water
P.O. Box 554743
Detroit, MI 48255-4743


City of Troy, Treasurer's Office
500 W. Big Beaver Road
Troy, MI 48084-5285

Civil Process Clerk
U.S. Attorney for E. D. of Michigan
211 W. Fort Street
Detroit, MI 48226


Color Coat Plating
355 W. Girard
Madison Heights, MI 48071


Comcast
P.O. Box 3005
Southeastern, PA 19398-3005


Congress Tools Company
51 Great Hill Road
Naugatuck, CT 06770


Consumers Energy
Lansing, MI 48397-0001


Continental Far East
Continental Bldg., 3-18-9 Roppongi, Mina
Tokyo, Japan 106-0032


Continental Machines Inc. / DoALL Sawing
5505 West 123rd Street, Ste. 400
Savage, MN 55378


Corrigan Air & Sea Cargo
6170 Middlebelt Road
Romulus, MI 48174


Crane Technologies
1954 Rochester Industrial Dr.
Rochester, MI 48309


Cutting Edge Fluids, Inc.
777 Canterbury Road
Westlake, OH 44145


D&B Metal Finishing
22803 Patmore
Clinton Township, MI 48036

Daniel Blackwell
11276 Ocalla Dr.
Warren, MI 48089


Dayton Freight Lines, Inc.
P.O. Box 340
Vandalia, OH 45377


DB2 Repair Group
27267 Gloede
Warren, MI 48088


Dell Financial Services; Payment prcoess
P.O. Box 5292
Carol Stream, IL 60197


Delta Dental
16082 Collection Center Drive
Chicago, IL 60693


Denny's Heating, Cooling & Refr.
1831 Austin Drive
Troy, MI 48083


Detroit Compressor LLC
1260 Rankin Dr. Suite K
Troy, MI 48083


Detroit Pencil Company
71 Park St.
Troy, MI 48083


Deutsche Edelstahlwerke; Specialty Steel
Oberschlesienstr. 16


DHL Express USA, Inc.
16592 Collections Center Drive
Chicago, IL 60693


Diamond Case, LLC
37900 MOUND RD
Sterling Heights, MI 48310

Dicronite Dry Lube of Michigan
1916 S. Niagara St.
Saginaw, MI 48602


Dimensional Millwork, Inc.
44227 N. Groesbeck Hwy.
Clinton Township, MI 48036


DISMO; Machines Outils - 194
Reu De Tolbiac
Paris, France 75013-0000


DTE Energy
One Energy Plaza
Detroit, MI 48226-1221


DW Sales
6594 Diplomat Drive
Sterling Heights, MI 48314


Dynamic Machine of Detroit; Technical Ce
1653 E. Maple Road
Troy, MI 48083


E & E Special Products LLC
PO Box 808
Warren, MI 48090


E.I. Morrow
P.O. Box 19941
Kalamazoo, MI 49019-0941


Eagle Group USA, Inc.
880 West Long Lake Road, Ste. 225
Troy, MI 48098


EAN Services, LLC
P.O. Box 402383
Atlanta, GA 30384-2383


Eastern Oil Company
590 South Paddock
Pontiac, MI 48341

Eastman Fire Protection
1450 Souter
Troy, MI 48083-2871


Echo Service
P.O Box 851222
Westland, MI 48185


ECi Software Solutions Inc.
4400 Alliance Gateway Fwy
Fort Worth, TX 76177


Edrich Products, Inc.
33672 Doreka
Fraser, MI 48026


Edward Andrews International
5410 Gatewood Dr.
Sterling Heights, MI 48310


Electrex Industrial Services
41700 Executive Drive
Harrison Township, MI 48045


Element Materials Technology
3200 South 166th Street
New Berline, WI 53151


EMC Computer
3295 Rochester Road.
Troy, MI 48083


Endurance Carbide; M. Curry Corp.
4475 Marlea Drive
Saginaw, MI 48601


Engimet srl
Via Ippolito Nievo, 25
Torino, Italy 10153-0000


eShier Systems, Inc.
17871 168th Ave.
SPRING LAKE, MI 49456

Export-Import Bank of the U.S.
811 Vermont Ave. NW
Washington, DC 20571


FANUC America Corporation
1800 Lakewood Boulevard
Hoffman Estates, IL 60192


FASTENAL COMPANY
P.O. Box 769
Winona, MN 55987


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fife-Pearce Electric Company
20201 Sherwood Street
Detroit, MI 48234


Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263-0337


First Bankcard
P.O. Box 2818
Omaha, NE 68103-2818


Fish Window Cleaning
PO Box 251302
West Bloomfield, MI 48325


Flexcon
1 Flexcon Industrial Park
Spencer, MA 01562-2642


Ford Credit
P.O. Box 552679
Detroit, MI 48255-2679


FTG Tool
2135 Heide St.
Troy, MI 48084

G.M.T. Machine Tool Division
35350 Stanley Drive
Sterling Heights, MI 48312


Galco Industrial Electronics
L-4061
Columbus, OH 43260


Gardner Signs, Inc.
3800 Airport Hwy.
Toledo, OH 43615


Genevieve Swiss Industries
6 Old Stage Road
Westfield, MA 01085


Gerotech, Inc.
29220 Commerce Drive
Flat Rock, MI 48134


GFL Environmental
PO BOX 791519
Baltimore, MD 21279


Glen Skidmore
15501 Thrift Avenue
White Rock, BC Canada V4B 2L8


GLENZTECH
Plot No - 649, Basement, Cabin No-2
Udyog Vihar Phase-5


Global Shop Solutions
975 Evergreen Circle
The Woodlands, TX 77380


GoEngineer LLC
P.O. Box 671351
Dallas, TX 75267-1351


Golden Touch CNC
590 Pinecrest
Walled Lake, MI 48390

Goyette Mechanical
3842 Gorey Ave., PO Box 33
Flint, MI 48501


Grainger
289 Robbins Avenue
Troy, MI 48083-4513


Graymills Corporation
2601 S. 25th Avenue
Broadview, IL 60155


Great Lakes Lubricants
PO Box 8185
Grand Rapids, MI 49518


GREAT LAKES METAL FINISHING LLC
120 S DWIGHT ST
Jackson, MI 49203


Griggs Steel
1200 Souter Drive
Troy, MI 48083


HALL ANODIZE & HARDCOAT
2601 SOUTH HURON RD.
Kawkawlin, MI 48631


HAMMIT AND ASSOCIATES INC
1100 COMBERMERE DR
Troy, MI 48083


HAYDON KERK MOTION SOLUTIONS
56 MEADOWBROOK DRIVE
Milford, NH 03055


Heartland Machine&Engineering
2848 Graham Road
Franklin, IN 46131


Hinske Applications
41561 Huntington Drive
Sterling Heights, MI 48313

HRPro
1025 N. Campbell Rd.
Royal Oak, MI 48067


Hyperion Materials & Tech
6325 Huntley Road
Worthington, OH 43229


IKO INTERNATIONAL, INC.
DEPT CH 17635
Palatine, IL 60055


Industrial Automation Co.
544 Pylon Drive
Raleigh, NC 27606


INDUSTRIAL METAL COATING
6070 18 MILE RD
Sterling Heights, MI 48314


Ingram Micro Flex Pymt Sol
P.O. Box 660831
Dallas, TX 75226-0831


Inspec, Inc.
7282 HAGGERTY ROAD
Canton, MI 48187


Inspection Engineering, LLC
30903 Viking Parkway, Unit A
Westlake, OH 44145


IntegriServ Cleaning Systems
PO Box 499
Toledo, OH 43697


International Abrasives
27980 Groesbeck Hwy.
Roseville, MI 48066


IONBOND
1823 East Whitcomb Ave
Madison Heights, MI 48071

Jeremic Construction, LLC
3460 Alisa Lane
Waterford, MI 48328


Jim Rohn Process
One Liberty Place, 36th Floor
Philadelphia, PA 19103


Ka-Wood Gear & Machine Co.
32500 Industrial Drive
Madison Heights, MI 48071


KBC TOOLS AND MACHINARY
6300 18 MILE RD
Sterling Heights, MI 48314


King Centerless Grinding
29800 Stephenson Hwy.
Madison Heights, MI 48071


Kopy Rite
2175 Crooks Road, Ste. 101
Rochester, MI 48309


Kyle Prine
11536 Murthum Ave.
Warren, MI 48093


Label Logic, Inc.
4520 Pine Creek Rd.; PO Box 3002
Elkhart, IN 46516


Lakeside Lighting & Irrigation
18530 Mack Ave., Ste. 432
Grosse Pointe Farms, MI 48236


Laser Cutting Company, Inc.
42300 Executive Drive
Harrison Township, MI 48045


Latrobe Specialty Steel Co.
P.O. Box 644186
Pittsburgh, PA 15264-4186

Law Office of Michael Holmes
4338 Delemere Blvd.
Royal Oak, MI 48073


Lee Spring Company
140 58th Street, Suite #3C
Brooklyn, NY 11220


Lewandowski Bros. Commercial Painting Se
P.O. Box 1724
Birmingham, MI 48012


LNS Chipblaster INC.
13605 S. Mosiertown Rd.
Meadeville, PA 16335


Lonero Engineering Euro Account
2050 Stephenson Hwy.
Troy, MI 48083


Lutz Roofing
4721 22 Mile Road
Shelby Township, MI 48317


Lyle's Lawn Service
318 John R Rd. #140
Troy, MI 48083-4205


M&S Spring Company, Inc.
34137 Doreka; PO Box 388
Fraser, MI 48026


M. Beshara, Inc.
10020 Capital Street
Oak Park, MI 48237


M.J. Vail Company
10 Ilene Court, Ste. 4
Hillsborough, NJ 08844


MAGNA CHECK INC PRODUCTION
2765 UNIVERSAL DR.
Saginaw, MI 48603

MAGNETOOL INC
505 ELMWOOD
Troy, MI 48083


Mahar Tool Supply
6933 19 Mile Road
Sterling Heights, MI 48314


Mason-McBride Inc.
3155 W. Big Beaver Rd., Ste. 125
Troy, MI 48084


Master Machining Inc.
1960 Thunderbird Dr.
Troy, MI 48084


Matzka Inc.
25255 Mound Road
Warren, MI 48091


McMaster-Carr
600 County Line Rd.; P.O. Box 4355
Chicago, IL 60680-4335


McNAUGHTON-McKAY
4670 Runway Blvd;
Ann Arbor, MI 48108


Mechanical Drives
4240 Delemere Court
Royal Oak, MI 48073


Meier Screw Products
670 E. Troy
Ferndale, MI 48220


Methods & Equipment Associates
31731 Glendale Avenue
Livonia, MI 48150


Metrics Unlimited, Inc.
6709 Chicago Road
Warren, MI 48092

MF SUPPLY
164 GABIBALDI AVE
Lodi, NJ 07644


Michigan Business & Prof Assn
27700 Hoover Road
Warren, MI 48093


Michigan City Paper Box Co.
1206 Pine Street
P.O. Box 275
Michigan City, IN 46360


MICHIGAN DRILL CORPORATION
1863 LARCHWOOD
Troy, MI 48083


Midwest Pavement Contracting
2530 Buno Road
Milford, MI 48381


Millennium Business Systems
P.O. Box 660831
Dallas, TX 75266-0831


Misumi of the Americas, Inc.
26797 Network Place
Chicago, IL 60673-1267


MJMAY MATERIAL SPECIALISTS INC
160 WEST ARMORY DRIVE
South Holland, IL 60473


MOCAP, LLC
PO BOX 60351
St. Louis, MO 63160


Modernistic
821 Wakefield
Plainwell, MI 49080


MOTION CONTROL CORPORATION
35796 VERONICA ST
Livonia, MI 48150

Motion Industries
1700 East Avis Drive
Madison Heights, MI 48071


Motor City Fastener
1600 East Ten Mile Road; PO Box 219
Hazel Park, MI 48030


MTMIC
P.O. Box 9150
Farmington, MI 48333-9150


National Bronze Mfg.
34635 Nova Drive
Clinton Township, MI 48035-3719


National Quality Assurance
P.O. Box 733365
Dallas, TX 75373-3365


Nelson Bros. Sewer & Plumbing
1115 E. 11 Mile Road
Royal Oak, MI 48067


NESCO Resource LLC
PO Box 901372
Cleveland, OH 44190


New England Consulting Partners LLC
39555 Orchard Hill Place, Suite 600
Novi, MI 48375


NEXT INDUSTRIES INC.
13870 Cavaliere Dr.
Shelby Township, MI 48315


Northern Painting Company
1403 Woodlow Street
Waterford, MI 48328


Oakland County Treasurer
1200 N. Telegraph Rd.
Pontiac, MI 48341-0479

Office Express
1280 E. Big Beaver Road
Troy, MI 48083


Office Furniture Solutions Inc.
1275 E West Maple
Commerce Township, MI 48390


Okamoto Corp.
370 Corporate Woods Pkwy.
Vernon Hils, IL 60061


ONLINE METALS
1138 WEST EWING STREET
Seattle, WA 98119


Optical Gaging Products Inc.
850 Hudson Avenue
Rochester, NY 14621


Packages for Industry, Inc.
3585 Valley Drive
Pittsburgh, PA 15234


Pak-Rite
31060 Oak Creek Drive
Wixom, MI 48393


Parker Steel International
1625 Indian Wood Circle
Maumee, OH 43537


Parks Services
1401 Souter
Troy, MI 48083


Peacock's Poultry Farm
6355 Rochester Road
Troy, MI 48085


Peerless Steel
PO Box 72199
Cleveland, OH 44192

Plating Specialties
1675 E. 10 Mile Road
Madison Heights, MI 48071

Precision Spindle
836 Woodward Heights
Ferndale, MI 48220

Prime Tech Inc.
1210 Warsaw Road, Suite 1200
Roswell, GA 30776

Primeway Tool & Eng., Inc.
3203 Edward Ave.
Madison Heights, MI 48071-1495

Principal Life Insurance Group
P.O. Box 77202
Minneapolis, MN 55480-7200

Priority Health
3915 Momentum Place
Chicago, IL 60689-5339

Pro Air Supply Processing Equipment Inc.
1890 Star Shoot Parkway
Lexington, KY 40509

PTSolutions
PO Box 670587
Detroit, MI 48267

Quality Vision Services, Inc.
1175 North Street
Rochester, NY 14621

Red Level Group
40200 Grand River Ave., Ste. 200
Novi, MI 48375

Regal Sales Group LLC
3833 Windy Hill
Bellaire, MI 49615

RICHARD KING
1157 N. ELBA RD.
Lapeer, MI 48446


RMI Laser, LLC.
106 Laser Drive, Bldg. 2
Layfayette, CO 80026


Robert N. Bassel
PO Box T
Clinton, MI 49236


ROCK WEST COMPOSITES
3392 West 8600 South
West Jordan, UT 84088


Rocket Enterprises, Inc.
30660 Ryan
Warren, MI 48052


Royal Alliance Industries, Inc
1701 W. Hamlin Rd.
Rochester Hills, MI 48309


Saturn Ceramic Coating
7205 19 Mile Road
Sterling Heights, MI 48314


SB Specialty Metals LLC
4501 W. Cortland Street
Chicago, IL 60639


Shale Creek Golf Club
17601 Brookpark Rd.
Brook Park, OH 44192


Sharky's Cutting Tools
42866 Mound Road
Sterling Heights, MI 48314


Sharp Cutter Grinding Co.
31469 Utica Rd.
Fraser, MI 48026

Shively Bros., Inc.
2919 S. Grand Traverse
Flint, MI 48507


Simsa, Inc.
20770 US Hwy 281 N., Ste 108-470
San Antonio, TX 78258


Smalley Steel Ring Co.
555 Oakwood Road
Lake Zurich, IL 60047


Source One Metals
1857 Enterprise Drive
Rochester Hills, MI 48309


State of MI Unemployment Ins Agency
P.O. Box 33598
Detroit, MI 48232


State of Michigan, Dept of State
7064 Crowner Drive
Lansing, MI 48980-0001


State of Michigan, Dept. of Treasury
P.O. Box 30774
Lansing, MI 48909


Steve Roach
Miller Canfield
150 W. Jefferson
Detroit, MI 48226


Storch Magnetics
11827 Globe Road
Livonia, MI 48150


Stratus Building Solutions of Detroit
PO BOX 81944
Rochester, MI 48308


Sturgis Finishing
400 Norwood Avenue; PO Box 599
Sturgis, MI 49091

Sunwoo
474-25, Anyang6-dong, Manan-Gu
AnyangSi,Gyeonggi-Do 430-106


Superior Heat Treat LLC
36125 Groesbeck Hwy
Clinton Township, MI 48035


Superior Plus
P.O. Box 82445
Rochester, MI 48306


Supreme Media Blasting & Powder Coating,
46427 Groesbeck
Clinton Township, MI 48035


SurfAlloy
1346 Wheaton Drive
Troy, MI 48083


Swiss American Screw Products Inc.
5740 S Sheldon Road
Canton, MI 48188


TASC
2302 International Lane
Madison, WI 53704


TCF Bank Commercial Lending
1405 Xenium Lane N PCC-2D-M
Plymouh, MN 55441


TECHMETALS
2200 EAST FIRST STREET
Datyon, OH 45403


Temp-Rite
42386 Executive Drive
Harrison Township, MI 48048


TForce Freight
1000 Semmes Avenue; PO Box 1216
Richmond, VA 23218-1216

The Benefit Advantage Inc.
3497 Auburn Road
Auburn Hills, MI 48326

Thomson Reuters Tax & Acccounting
PO Box 71687
Chicago, IL 60694

THREAD-CRAFT, INC.
43643 UTICA RD.
Sterling Heights, MI 48314

TI-Coating, Inc.
50500 Corporate Drive
Utica, MI 48315

TORMACH
6580 Monona Drive, #1014
Monona, WI 53716

Total Filtration Services
13002 Collection Center Drive
Chicago, IL 60693

Total Plastics, Inc.
1350 Reliable Parkway
Chicago, IL 60686

Travelers
PO Box 660317
Dallas, TX 75266

Treasurer City of Detroit
P.O. Box 67000
Detroit, MI 48267-1319

Tree Service of Troy
755 West Big Beaver Rd., Ste. 2020
Troy, MI 48084

Tri County Precision Grinding
21940 Schmeman
Warren, MI 48089

Trinity Tool
34600 Commerce Road
Fraser, MI 48026


Tristar
P.O. Box 701728
Plymouth, MI 48170


True Fabrication & Machine
1731 Thorncroft Dr
Troy, MI 48084


Truing Systems
1060 Chicago Road
Troy, MI 48083


TURBINE TOOL
11901 BROOKFIELD
PO Box 3334
Livonia, MI 48151


U.S. Postal Service
2844 Livernois
Troy, MI 48099-9998


U.S. Shop Tools
32534 Dequindre Road
Warren, MI 48092


U.S. Small Business Administration
2 North Street, Ste. 320
Birmingham, AL 35203


Unison Corporation
1601 Wanda St
Ferndale, MI 00048-2220


United States Treasury
Internal Revenue
P.O. Box 15997
Kansas City, MO 64108


United Surface Solutions, LLC
11919 Burke St.
Santa Fe Springs, CA 90670

Universal Plumbing and Sewer
35640 Gratiot Avenue
Clinton Township, MI 48035


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


Usher Oil Company
9000 Roselawn
Detroit, MI 48204


VEKTEK LLC
3812 S. LEONARD RD.
St. Joseph, MO 64503


Verizon Wireless
P.O. Box 15062
Albany, NY 12212-5062


Vision Service Plan
PO Box 60000
San Francisco, CA 94160-3280


W.C. Ducomb Company
5700 Mt. Elliott
Detroit, MI 48211


Waste Management of MI, Inc.
49787 Alpha Dr., Ste. 150
Wixom, MI 48393


WBD, LLC
P.O. Box 399
Clawson, MI 48017


Weed Man
29261 Wall St.
Wixom, MI 48393


Welding & Fabricating Spec LLC
2919 Reese Drive
Sterling Heights, MI 48310

Welker Bearing
1401 Piedmont
Troy, MI 48083


WESTSIDE POWDER
35777 GENRON CT.
Romulus, MI 48174


Wilcox Bros.
85 Minnesota
Troy, MI 48083


Wyatt Services, Inc.
6425 Sims Drive
Sterling Heights, MI 48313-3722


Zatkoff
23230 Industrial Park Drive
Farmington Hills, MI 48335